# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE: ESTATE OF ANNA SWARTZ | : | No. 886 MAL 2015 |
| | : | |
| | : | |
| | : | |
| PETITION OF: EDWARD SWARTZ, EXECUTOR | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| IN RE: ESTATE OF ANNA SWARTZ | : | No. 937 MAL 2015 |
| | : | |
| | : | |
| | : | |
| CROSS PETITION OF: PEARL MACKERCHAR | : | Cross Petition for Allowance of Appeal from the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.